```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
GREAT AMERICAN INSURANCE COMPANY,        :
                                         :     20cv4596 (DLC)
                    Plaintiff,           :
                                         :        ORDER
          -v-                            :
                                         :
AIG SPECIALTY INSURANCE COMPANY,         :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 23, 2021, counsel for the plaintiff submitted a letter pursuant to Rule 4.G. of the Court's Individual Practices in Civil Cases, noting that a motion has been fully submitted for sixty days.  The parties are hereby advised that the Court is aware of the fully submitted motion, and will decide it as expeditiously as possible.

Dated:    New York, New York
          March 23, 2021

                                   _____
                                            DENISE COTE
                                   United States District Judge