```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    20cv4596 (DLC)
GREAT AMERICAN INSURANCE COMPANY,       :
                                        :         ORDER
                    Plaintiff,          :
                                        :
          -v-                           :
                                        :
AIG SPECIALTY INSURANCE COMPANY,        :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

An Opinion of April 6, 2021 granted the plaintiff's motion for summary judgment. It is hereby

ORDERED that parties shall, by **April 12, 2021**, inform the Court whether this action may be closed.

Dated:   New York, New York
         April 6, 2021

                                    _____
                                            DENISE COTE
                                    United States District Judge