```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      20cv4596 (DLC)
GREAT AMERICAN INSURANCE COMPANY,        :
                                         :              ORDER
                           Plaintiff,    :
                                         :
              -v-                        :
                                         :
AIG SPECIALTY INSURANCE COMPANY,         :
                                         :
                           Defendant.    :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

     It is hereby

     ORDERED that the Clerk of Court shall enter judgment for

the plaintiff and close the case.


Dated:    New York, New York
          April 16, 2021

_____
                    DENISE COTE
          United States District Judge