**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GREAT AMERICAN INSURANCE COMPANY,

                Plaintiff,                            20 **CIVIL** 4596 (DLC)

        -against-                              **JUDGMENT**

AIG SPECIALTY INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated April 16, 2021, Judgment is entered for the Plaintiff and the case is closed.

**Dated:**  New York, New York
            April 19, 2021

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                           **Clerk of Court**
                                          **BY:** _____
                                                           **Deputy Clerk**