UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
: 20cv4596 (DLC)
GREAT AMERICAN INSURANCE COMPANY, :
: ORDER
Plaintiff, :
:
-v- :
:
AIG SPECIALTY INSURANCE COMPANY, :
:
Defendant. :
:
------------------------------------- X

DENISE COTE, District Judge:

On June 28, 2021, the plaintiff filed a motion for further relief pursuant to 28 U.S.C. § 2202. It is hereby

ORDERED that, by **Thursday, July 1, 2021**, the plaintiff shall submit a proposed judgment. The proposed judgment shall include the information necessary to support the calculations the plaintiff believes should be part of the judgment.

IT IS FURTHER ORDERED that any opposition to the plaintiff's proposed judgment is due **Tuesday, July 6, 2021**.

Dated: New York, New York
June 28, 2021

_____
DENISE COTE
United States District Judge