**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
--------------------------------------------------------  X
GREAT AMERICAN INSURANCE                 :
COMPANY,                                              :        Civil Action No.: 1:20-cv-04596-DLC
                                                              :
              Plaintiff,                              :
                                                              :
       -against-                                      :
                                                              :
AIG SPECIALTY INSURANCE COMPANY,     :
                                                              :
              Defendant.                              :
--------------------------------------------------------  X
```

## ~~[PROPOSED]~~ JUDGMENT

DENISE COTE, District Judge:

On June 28, 2021, Plaintiff Great American Insurance Company ("Great American") filed a motion for further relief pursuant to 28 U.S.C. § 2202 (the "Motion"). The Court grants the Motion and enters Judgment for Great American and against Defendant AIG Specialty Insurance Company ("AIG") as follows:

1.      In the amount of $1,195,067.91 for defense costs paid and prejudgment interest through July 6, 2021;

2.      Post-judgment interest shall accrue from the date Judgment is entered pursuant to 28 U.S.C. § 1961;

3.      AIG shall reimburse Great American, within 30 days of receipt of Great American's proof of payment, 50% of Great American's payments of additional defense costs pending the outcome of AIG's appeal; and

4.      This matter is hereby closed.

*Denise Cote*

*July 13, 2021*

Dated: New York, New York
       July ___, 2021

_____
                DENISE COTE
        United States District Judge