```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   20cv4596 (DLC)
GREAT AMERICAN INSURANCE COMPANY,        :
                                         :        ORDER
                       Plaintiff,        :
                                         :
          -v-                            :
                                         :
AIG SPECIALTY INSURANCE COMPANY,         :
                                         :
                       Defendant.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

Judgment was entered against defendant AIG Specialty Insurance Company on April 19, 2021. On September 20, 2024, the plaintiff moved for enforcement of the judgment and contempt against the defendant. Accordingly, it is hereby

ORDERED that any response to the plaintiff's motion shall be submitted by **September 27, 2024**. Any reply is due **October 1**.

IT IS FURTHER ORDERED that a conference shall be held on **October 4, 2024** at **10:30 a.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Dated:  New York, New York
        September 23, 2024

_____
                       DENISE COTE
              United States District Judge