```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
GREAT AMERICAN INSURANCE COMPANY,         :    20cv4596 (DLC)
                                          :
                            Plaintiff,    :         ORDER
                                          :
              -v-                         :
                                          :
AIG SPECIALTY INSURANCE COMPANY,          :
                                          :
                            Defendant.    :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

As set forth at the conference held on October 4, 2024, it is hereby

ORDERED that Houlihan/Lawrence Inc.'s ("Houlihan") motion to enforce the judgment in the above-captioned case and for contempt is granted.

IT IS FURTHER ORDERED that Houlihan shall submit its invoices to the defendant by **October 9, 2024**. The defendant shall remit payment to Houlihan, up to the remaining limits of the insurance policy, by **October 16**.

IT IS FURTHER ORDERED that Houlihan's submission in support of its request for attorney's fees and costs is due by **October 18, 2024**. The defendant's response is due **October 25**. Any reply is due **October 30**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies

of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:  New York, New York
        October 4, 2024

                            _____
                                    DENISE COTE
                            United States District Judge