```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   20cv4596 (DLC)
GREAT AMERICAN INSURANCE COMPANY,         :
                                          :         ORDER
                         Plaintiff,       :
                                          :
              -v-                         :
                                          :
AIG SPECIALTY INSURANCE COMPANY,          :
                                          :
                         Defendant.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On September 20, 2024, Houlihan/Lawrence Inc. ("Houlihan") moved to enforce the judgment and for contempt against the defendant in the above-captioned case. An Order of October 4 granted Houlihan's motion and set a schedule for briefing on Houlihan's request for attorneys' fees and costs. Having been informed that the parties have reached a resolution, it is hereby

ORDERED that Houlihan's request for attorneys' fees and costs is denied as moot.

Dated:   New York, New York
         October 31, 2024

                                 _____
                                            DENISE COTE
                                   United States District Judge